# IN THE SUPREME COURT OF THE STATE OF NEVADA

JABLONSKI ENTERPRISES, LTD., A NEVADA ENTITY,
                    Appellant,
vs.
SUMMA, LLC, A NEVADA LIMITED LIABILITY COMPANY,
                    Respondent.

No. 77187

FILED

NOV 05 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order quieting title and cancelling a notice of lis pendens. Fifth Judicial District Court, Nye County; Kimberly A. Wanker, Judge.

Our review of the documents before us reveals a jurisdictional defect. The notice of appeal filed by appellant Jablonski Enterprises, LTD, is signed by Denise Clark, a nonlawyer. A nonlawyer may not represent an entity such as a corporation in this or any other Nevada court. *Guerin v. Guerin,* 116 Nev. 210, 214, 993 P.2d 1256, 1258 (2000); *Sunde v. Contel of California,* 112 Nev. 541, 915 P.2d 298 (1996); *Salman v. Newell,* 110 Nev. 1333, 1336, 885 P.2d 607, 608 (1994) (observing that no statute or rule permits a nonlawyer to represent an entity and concluding that an entity cannot proceed in proper person). A notice of appeal that is the product of the unauthorized practice of law fails to confer jurisdiction on this court.

18- 902658

*Guerin*, 116 Nev. at 214, 993 P.2d at 1258. The notice of appeal is therefore ineffective, and we

ORDER this appeal DISMISSED.

_____ , J.
Cherry

_____ , J.          _____ , J.
Parraguirre                              Stiglich

cc:     Hon. Kimberly A. Wanker, District Judge
        Robison, Sharp, Sullivan & Brust
        Nye County Clerk
        Denise M. Clark